NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PS CHEZ SIDNEY, L.L.C.,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellant,*

**and**

**UNITED STATES CUSTOMS SERVICE,**
*Defendant-Appellant,*

**and**

**CRAWFISH PROCESSORS ALLIANCE,**
*Defendant-Appellant,*

**and**

**COMMISSIONER BOB ODOM AND LOUISIANA DEPARTMENT OF AGRICULTURE AND FORESTRY,**
*Defendants.*

---

2008-1526, -1527, -1534

---

Appeals from the United States Court of International Trade in case no. 02-00635, Judge Evan J. Wallach.

---

## ON MOTION

---

## O R D E R

Upon consideration of the motion to withdraw Joseph W. Dorn, Jeffrey M. Telep, and Kevin M. Dinan, as counsel of record for Crawfish Processors Alliance, and to substitute Will E. Leonard as principal counsel,

IT IS ORDERED THAT:

The motion is granted. Will E. Leonard should promptly file a new entry of appearance as principal counsel.

FOR THE COURT

JAN 13 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William E. Brown, Esq.
Joseph W. Dorn, Esq.
Franklin E. White, Jr., Esq.
Patrick V. Gallagher, Esq.
Will E. Leonard, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2011

JAN HORBALY
CLERK